UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>JAMES ROY BARRON,<br><br>　　　Movant.<br>_____ | D.C. No. Cr. S-96-190-DFL-GGH-P<br><br>[PROPOSED] ORDER CONTINUING EVIDENTIARY HEARING |

　　　For Good Cause Shown, IT IS HEREBY ORDERED that the evidentiary hearing and related schedule of disclosures are rescheduled as follows:.

　　　1. The evidentiary hearing shall be continued to Tuesday, August 30, 2005 at 9:00 a.m. (to go over if needed to August 31).

　　　2. On or before June 15, 2005, movant shall designate his expert witnesses if any.

　　　3. On or before June 29, 2005, movant shall provide the government with his expert's report;

　　　4. On or before July 29, 2005, the government shall designate its expert witnesses if any and shall provide movant with its expert's report;

　　　5. On or before July 29, 2005, both sides shall exchange witness lists, including addresses and telephone numbers, to opposing counsel.  Each party may call any witness designated by the other.

　　　6. On or before July 29, 2005, both sides shall exchange copies of their exhibits.

7. At least thirty (30) days before the hearing, movant's counsel shall file all appropriate writ ad testificandum filings if the presence of movant or any other incarcerated witness is desired.

8. All other provisions stated in the February 22, 2005 Order shall remain in effect.

9. The prior writ of habeas corpus ad testificandum requiring James Barron's presence on June 3, 2005 is vacated.

DATED: 4/19/05                                  /s/ Gregory G. Hollows
                                                _____
                                                GREGORY G. HOLLOWS
                                                U.S. Magistrate Judge

barr0190.ord04

2