UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br>           Plaintiff/Respondent, ) <br>    vs. ) <br> JAMES ROY BARRON, ) <br>           Defendant/Movant. ) <br> _____ ) | D.C. No. Cr. S-96-190-DFL-GGH-P <br><br> ORDER CONTINUING <br> EVIDENTIARY HEARING <br> TO OCTOBER |

      For Good Cause Shown, IT IS HEREBY ORDERED that the evidentiary hearing set for August 30, 2005 and related schedule of disclosures are rescheduled as follows:.

      1. The evidentiary hearing shall be continued to Tuesday, October 11, 2005 at 9:00 a.m.;

      2. On or before August 15, 2005, movant shall provide the government with his expert's report;

      3. On or before September 15, 2005, the government shall designate its expert witnesses if any and shall provide movant with its expert's report;

      4. On or before September 15, 2005, both sides shall exchange witness lists, including addresses and telephone numbers, to opposing counsel. Each party may call any witness designated by the other.

      5. On or before September 15, 2005, both sides shall exchange copies of their

1

exhibits.

      6. At least thirty (30) days before the hearing, movant's counsel shall file all appropriate writ ad testificandum filings if the presence of movant or any other incarcerated witness is desired.

      7. All other provisions stated in the February 22, 2005 Order shall remain in effect.

      8. The prior writ of habeas corpus ad testificandum issued on April 20, 2005 and requiring James Barron's presence on August 30, 2005 is hereby vacated.

DATED: 8/15/05

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
U.S. Magistrate Judge

barr0190.po3