SUZANNE A. LUBAN
Attorney At Law
State Bar No. 120629
3758 Grand Ave. #4
Oakland, California 94610
Telephone 510/832-3555
Fax 510/832-3558

Attorney for Defendant/Movant
JAMES ROY BARON

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> ) <br> vs.                              ) <br> ) <br> JAMES ROY BARRON,        ) <br> ) <br>     Defendant/Movant.   ) <br> _____) | D.C. No. Cr. 96-190-DFL-GGH P <br><br> ORDER GRANTING WRIT <br> OF HABEAS CORPUS <br> AD TESTIFICANDUM <br><br> Date: October 11, 2005 <br> Time: 9:00 a.m. <br> Judge: Gregory G. Hollows |

For Good Cause Shown based on the movant's application for Writ of Habeas Corpus ad Testificandum,

IT IS ORDERED that a Writ of Habeas Corpus ad Testificandum issue, as prayed for by movant, directing the Warden, Sheriff or Jailor of the United States Penitentiary at Atwater, California, and the Bureau of Prisons and the United States Marshal to produce federal prisoner James Roy Barron, Register No. 08852-097, who is currently incarcerated at USP Atwater, and to transport said prisoner to testify in the United States District Court for the Eastern District of California, Eighth Floor, Federal Building, United States Courthouse, 501 I Street, Sacramento, California on Tuesday, October 11, at 9:00 a.m. before the Honorable Gregory G. Hollows, in order that said prisoner may respond to and answer

1

such questions as may be propounded to him during the course of the evidentiary hearing of the above-reference case.

It is further ordered that the U.S. Marshal shall transport James Roy Barron to Sacramento in advance of the hearing, to arrive no later than October 4, 2005, and shall house Mr. Barron locally at or near Sacramento until the conclusion of the hearing.

The Clerk shall serve the U.S. Marshal with a copy of this Order, and the Marshal shall inform movant's counsel, Suzanne A. Luban, when Mr. Barron arrives in Sacramento by calling her at 510-832-3555.

The prior Order and Writ of Habeas Corpus ad Testificandum ordering Mr. Barron's presence on August 30, 2005 is hereby vacated.

DATED: 8/15/05

/s/ Gregory G. Hollows
_____
Hon. GREGORY G. HOLLOWS
United States Magistrate Judge

barr0190.po