SUZANNE A. LUBAN
Attorney At Law
State Bar No. 120629
3758 Grand Ave. #4
Oakland, California 94610
Telephone 510/832-3555
Fax 510/832-3558

Attorney for Defendant/Movant
JAMES ROY BARON

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>vs.                                          )<br>)<br>JAMES ROY BARRON,            )<br>)<br>    Defendant/Movant.        )<br>_____) | D.C. No. Cr. 96-190-DFL-GGH P<br><br>ORDER WITHDRAWING WRIT<br>OF HABEAS CORPUS<br>AD TESTIFICANDUM<br><br>Date: October 11, 2005<br>Time: 9:00 a.m.<br>Judge: Gregory G. Hollows |

Due to a change in the evidentiary hearing date on movant's Motion to Vacate pursuant to 28 U.S.C. §2255, the Writ of Habeas Corpus ad Testificandum issued on August 15, 2005, ordering James Barron's presence at the United States Courthouse, 501 I Street, Sacramento, California on Tuesday, October 11, 2005 before the Honorable Gregory G. Hollows, is hereby withdrawn and vacated. A new order shall be issued when the new hearing date is set. The Clerk shall serve the U.S. Marshal with a copy of this Order.

DATED: 8/30/05

                                                          /s/ Gregory G. Hollows
                                                          _____
                                                          Hon. GREGORY G. HOLLOWS
                                                          United States Magistrate Judge

`barr0190.vac`