UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | D.C. No. Cr. S-96-190-DFL-GGH-P |
| Plaintiff/Respondent, ) | |
| vs. ) | ORDER CONTINUING EVIDENTIARY HEARING TO DECEMBER 20, 2005 |
| JAMES ROY BARRON, ) | |
| Defendant/Movant. ) | |
| _____ ) | |

For Good Cause Shown, IT IS HEREBY ORDERED that the evidentiary hearing set for October 11, 2005 and related schedule of disclosures are rescheduled as follows:.

1. The evidentiary hearing shall be continued to Tuesday, December 20, 2005 at 9:00 a.m.;

2. On or before October 19, 2005, movant shall provide the government with his expert's report(s) and CV;

3. On or before November 21, 2005, the government shall designate its expert witness(es) if any and shall provide movant's counsel with its expert's report and CV;

4. On or before November 21, 2005, both sides shall exchange witness lists, including addresses and telephone numbers, to opposing counsel.  Each party may call any witness designated by the other.

1

5. On or before November 21, 2005, both sides shall exchange copies of their exhibits.

6. At least thirty (30) days before the hearing, movant's counsel shall file all appropriate writ ad testificandum filings if the presence of movant or any other incarcerated witness is desired.

7. All other provisions stated in the February 22, 2005 Order shall remain in effect. Service of all of the above documents shall be made in such a manner as to effect actual receipt on the scheduled date.

DATED: 10/31/05

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
U.S. Magistrate Judge

barr0190.po4

2