1  SUZANNE A. LUBAN
   Attorney At Law
2  State Bar No. 120629
   3758 Grand Ave. #4
3  Oakland, California 94610
   Telephone 510/832-3555
4
   Attorney for Defendant/Movant
5  JAMES ROY BARON

6
                    UNITED STATES DISTRICT COURT
7
              FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9
   UNITED STATES OF AMERICA,       )   D.C. No. Cr. 96-190-DFL-GGH P
10                                  )
                                    )   ORDER GRANTING WRIT
11       vs.                        )   OF HABEAS CORPUS
                                    )   AD TESTIFICANDUM
12 JAMES ROY BARRON,                )
                                    )   Date: February 27, 2006
13       Defendant/Movant.          )   Time: 9:00 a.m.
   _____ )    Judge: Gregory G. Hollows
14

15       For Good Cause Shown based on the movant's application for Writ of Habeas

16 Corpus ad Testificandum,

17       IT IS ORDERED that a Writ of Habeas Corpus ad Testificandum issue, as

18 prayed for by movant, directing the Warden, Sheriff or Jailor of the United States

19 Penitentiary at Atwater, California, and the Bureau of Prisons and the United States

20 Marshal to produce federal prisoner James Roy Barron, Register No. 08852-097, who

21 is currently incarcerated at USP Atwater, and to transport said prisoner to testify in

22 the United States District Court for the Eastern District of California, Eighth Floor,

23 Federal Building, United States Courthouse, 501 I Street, Sacramento, California on

24 <u>Monday, February 27, 2006</u> at 9:00 a.m. before the Honorable Gregory G. Hollows,

25 in order that said prisoner may respond to and answer such questions as may be

26 propounded to him during the course of the evidentiary hearing of the above-

27 reference case.

28       It is further ordered that the U.S. Marshal shall transport James Roy Barron to

1  Sacramento in advance of the hearing, to arrive no later than February 20, 2006, and
2  shall house Mr. Barron locally at or near Sacramento until the conclusion of the
3  hearing.
4      The Clerk shall serve the U.S. Marshal with a copy of this Order, and the
5  Marshal shall inform movant's counsel, Suzanne A. Luban, when Mr. Barron arrives
6  in Sacramento by calling her at 510-832-3555.
7
8  DATED: 1/23/06
9                           /s/ Gregory G. Hollows
10                          _____
                         Hon. GREGORY G. HOLLOWS
11                          United States Magistrate Judge
12
13
14
15
16
17
18
19
20
21
22 barr0190.odw
23
24
25
26
27
28