SUZANNE A. LUBAN
Attorney At Law
State Bar No. 120629
3758 Grand Ave. #4
Oakland, California 94610
Telephone 510/832-3555

Attorney for Defendant/Movant
JAMES ROY BARON

FILED

MAY - 8 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff/Respondent, ) <br> ) <br> vs. ) <br> ) <br> JAMES ROY BARRON, ) <br> ) <br> Defendant/Movant. ) <br> _____ ) | D.C. No. Cr. S-96-190-DFL-GGH-P <br><br> ORDER RE: FILING OF <br> POST-HEARING BRIEFS <br><br><br> Judge: Hon. Gregory G. Hollows |

For Good Cause Shown and pursuant to stipulation, IT IS HEREBY ORDERED that the briefing schedule for post-hearing briefs shall be modified to allow filing of movant's brief by May 30, 2006, and the government's brief by June 14, 2006.

DATED: May 4, 2006

GREGORY G. HOLLOWS
_____
HON. GREGORY G. HOLLOWS
U.S. Magistrate Judge