IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,

vs.

JAMES ROY BARRON,

    Movant.

No. CR. S-96-0190 JAM GGH P

<u>ORDER</u>

/

    Movant, a federal prisoner proceeding with appointed counsel, has timely filed a notice of appeal of this court's October 23, 2008, denial of his motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. Before movant can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

    A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate of appealability must "indicate which specific issue or issues satisfy" the requirement. 28 U.S.C. § 2253(c)(3).

    A certificate of appealability should be granted for any issue that movant can demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different court, or is "'adequate to deserve encouragement to proceed further.'" <u>Jennings v. Woodford</u>,

1

290 F.3d 1006, 1010 (9th Cir. 2002) (quoting <u>Barefoot v. Estelle</u>, 463 U.S. 880, 893 (1983)).[1]

Movant has made a substantial showing of the denial of a constitutional right in the following issues presented in the instant § 2255 motion: 1) whether movant's trial counsel provided ineffective assistance of counsel with regard to advising movant concerning his right to testify in his own defense (claim 1); 2) whether the movant should have been determined to be procedurally barred from proceeding on his straight claim of denial of the right to testify (claim 6).

Accordingly, IT IS HEREBY ORDERED that a certificate of appealability is issued in the present action.

DATED: March 18, 2009

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE

---

[1] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a certificate of appealability is the same as the standard that applied to issuance of a certificate of probable cause. <u>Jennings</u>, at 1010.