HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:96-cr-190 JAM |
| | ) | |
| Plaintiff, | ) | **NOTICE OF NON-SUPPLEMENTATION** |
| | ) | **OF DEFENDANT'S PRO SE MOTION;** |
| v. | ) | **ORDER** |
| | ) | |
| JAMES ROY BARRON, | ) | RETROACTIVE DRUGS-MINUS-TWO |
| | ) | REDUCTION CASE |
| Defendant. | ) | |
| | ) | Judge: Hon. JOHN A. MENDEZ |

Pursuant to General Order 546, the Federal Defender's Office is appointed to represent Mr. James Roy Barron on a motion for sentence reduction under 18 U.S.C. § 3582(c)(2) and Amendment 782. Please take notice that the Office of the Federal Defender will not file a supplement to the defendant's pro se motion, filed on February 5, 2016 (CR #372), and the Federal Defender's Office hereby requests withdrawal as counsel in this matter.

If the Court wishes to appoint CJA Panel Counsel to represent the defendant, attorney, John Balazs, is available for appointment and a proposed order is attached for the Court.

Dated: March 3, 2016

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*s/ Hannah R. Labaree*
HANNAH R. LABAREE
Assistant Federal Defender

# **ORDER**

Pursuant to General Order No. 546 and the provisions of the Criminal Justice Act, 18 U.S.C. §§3006A(a)(1) and (c), and in accordance with the retroactive application of the United States Sentencing Commission's Amendment 782, CJA Panel Attorney, John Balazs, is hereby appointed effective, March 1, 2016 the date the Office of the Federal Defender first contacted him.

Dated: March 3, 2016

/s/ John A. Mendez
United States District Court Judge