McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES ROY BARRON, JR.,<br><br>Defendant. | CASE NO. 2:96-CR-00190-JAM-GGH<br><br>STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR REDUCTION IN SENTENCE AND COMPASSIONATE RELEASE |

**STIPULATION**

1.  Defendant Troy Barron filed a motion for reduction in sentence and compassionate release on August 26, 2020. Docket No. 406. The government's response is due by September 7, 2020, and any reply due September 14, 2020. Docket No. 407. Government counsel requests additional time to obtain records and draft the response brief.

2.  Counsel for the defendant does not oppose this request.

3.  Accordingly, by this stipulation, the parties now request that:

    a)  The government's opposition or response to defendant's motion, Docket No. 406, be due on September 14, 2020; and

    b)  The defense reply, if any, will be due on September 21, 2020.

IT IS SO STIPULATED.

                                        McGREGOR W. SCOTT
                                        United States Attorney

Dated:  September 3, 2020

                                        */s/ Jason Hitt*
                                        JASON HITT
                                        Assistant United States Attorney

Dated:  September 3, 2020                /s/ *David Porter*
                                        DAVID PORTER
                                        Counsel for Defendant

**FINDINGS AND ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the proposed revised briefing schedule as follows:

    a) The government's opposition or response to defendant's motion, Docket No. 406, is due on September 14, 2020;

    b) The defense reply, if any, will be due on September 21, 2020.

IT IS SO ORDERED.

DATED: September 8, 2020             /s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE