HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JAMES ROY BARRON, JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:96-cr-00190 JAM 1 |
|---|---|
| Plaintiff, | **ORDER GRANTING DEFENDANT'S MOTION TO REDUCE SENTENCE** |
| v. | |
| JAMES ROY BARRON, JR., | |
| Defendant. | |

Defendant filed a Motion to Reduce Sentence pursuant to the First Step Act § 404. <u>See</u> Mot. To Reduce Sent. ("Mot."), ECF No. 406. The Government does not oppose. Good cause having been shown, <u>see</u> Mot. at 5-8, the Court GRANTS Defendant's motion and imposes a sentence of 327 months imprisonment. Upon release, Defendant shall begin serving a 144-month term of supervised release, with all other terms of the judgment remaining unchanged.

Dated: September 15, 2020

/s/ John A. Mendez
**JOHN A. MENDEZ,
UNITED STATES DISTRICT COURT JUDGE**